EC

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Shawn Michael Flavin<br>49 Oldham Drive<br>Delaware, OH 43015<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  2:26-mj-267

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   September 2024 - December 2025   in the county of   Franklin   in the

Southern   District of   Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 | Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252, 2252A | Distribution/Receipt/Transportation/Possession of Child Pornography |
| 18 U.S.C. §§ 2242 | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See the attached Affidavit of FBI TFO Amanda North which is fully incorporated herein.

☑ Continued on the attached sheet.

Amanda North
*Complainant's signature*

FBI TFO Amanda North
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   April 27, 2026

Kimberly A. Jolson
United States Magistrate Judge

City and state:   Columbus, Ohio

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In the matter of:**

|  |  |  |
|---|---|---|
|  | **:** |  |
| **United States of America** | **:** | **Case No.:** 2:26-mj-267 |
| **v.** | **:** |  |
| **Shawn Michael Flavin** | **:** |  |
| **49 Oldham Drive** | **:** | **Magistrate Judge:** |
| **Delaware, OH 43015** | **:** |  |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Amanda North (Your Affiant), a Special Agent (SA) with the Ohio Bureau of Criminal Investigation (BCI) and designated as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I, TFO Amanda North (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U. S.C. §§ 2251, 2252, 2252A and 2422(b)- the sexual exploitation of a minor, advertisement, distribution, transmission, receipt and/or possession of child pornography and the coercion and enticement of a minor.  Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Shawn M. **FLAVIN** committed the violations listed above.

2. I am a Special Agent (SA) with BCI, since 2021, and have been in the Special Victims Unit since 2013, where I was previously a Criminal Investigator. I have been a TFO at the FBI Columbus Resident Agency since early 2023. I am primarily responsible for investigating child sexual exploitation and internet crimes, as well as hands on offenses of abuse involving juveniles and the elderly.

3. As part of my duties as a Special Agent, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A.

4. As a TFO with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

**FACTS SUPPORTING PROBABLE CAUSE**

5. On or about February 10, 2025, Jane Doe contacted FBI Springfield (Illinois) Division (SI) to inform them that she had discovered sexual communications between her daughter, Minor Victim One (MV1 - DOB 11/XX/2008) and an adult male subject.

6. Jane Doe stated she had been contacted by the mother of a friend of MV1 on Facebook Messenger who informed Jane Doe that she had observed a video depicting MV1 having sex with a dog on a public Snapchat account. Jane Doe reviewed the video and confirmed that it depicted MV1 and also identified the dog in the video as being their family dog.

7. Jane Doe stated that after she spoke with MV1 about the video, MV1 said that a friend had access to her Snapchat account and had been the one to post the video because the friend was a "mean girl."

8. Jane Doe began reviewing various digital devices they have in their home and observed a Note in MV1's iPad with the following information:
   - Shawn Michael **FLAVIN**
   - 7649 Flynnway Dr, Columbus, OH 43085
   - August 1992
   - Snapchat: sf0428
   - Number: 614-790-0670

9. MV1 told Jane Doe the above note was identifying information for the guy she was communicating with via Snapchat regarding the bestiality video. According to MV1, **FLAVIN** had requested the video and she created it and sent the content to him. When she asked MV1 why she would create that kind of content, MV1 told her she was scared.

10. On February 19, 2025, FBI SI submitted a preservation request to Snapchat for the username "sf0428" who was later identified as **FLAVIN**. Further legal process confirmed the Snapchat account and the telephone number saved by MV1 were both attributed to **FLAVIN** as well.

11. On March 6, 2025, an FBI Child and Adolescent Forensic Interviewer (CAFI) met with MV1. MV1 informed the CAFI that she met **FLAVIN** in early January 2025 on Twitter, where she gave him her Snapchat username. The communications started off sexual as he requested that she record herself urinating and masturbating. **FLAVIN** sent MV1 videos of himself masturbating and files depicting his face talking in a sexually explicit way to her. He provided his phone number to her as (614) 790-0670).

12. In the interview, MV1 stated that FLAVIN knew she was 16 years old. MV1 admitted she distributed to **FLAVIN** videos and images which depicted her vagina, boobs, and buttocks. She also sent **FLAVIN** approximately two videos of herself urinating. According to MV1, **FLAVIN** was very into controlling her and MV1 asked permission of him to do everyday things, like eat an use the bathroom. **FLAVIN** requested MV1 do sexual stuff with their family dog and sent her a link to the website Zootube[1] and requested she do something like

---

[1] Your affiant knows Zootube to be a website that hosts videos of humans performing sexual acts on animals.

the videos hosted on Zootube.  **FLAVIN** then gave MV1 specific instructions on what he wanted to see MV1 do with the dog and MV1 complied with his demands, sending him numerous videos which depicted her engaged in sex acts with a dog.

13. With consent of Jane Doe, FBI SI conducted a forensic review of MV1's devices. FBI SI identified a screenshot image of a conversation between **FLAVIN** and MV1, dated January 27, 2025. In the conversation, **FLAVIN** stated "Hi! I'm Shawn and I love your profile. I'd love to talk and get to know you more if you'd like! I'm also 32 I hope that's ok sweetie!" FBI SI also identified approximately six videos of sexual acts with MV1 and a dog, all created on February 13, 2025.

14. On August 19, 2025, FBI SI obtained a federal search warrant for the Snapchat account attributed to **FLAVIN.**   After learning **FLAVIN** resided in the Southern District of Ohio, a lead was then sent to FBI Cincinnati – Columbus Resident Agency, and an investigation was opened[2].

15. Your affiant identified numerous chats within **FLAVIN'** Snapchat account in which he is believed to be communicating with minors, based off the age they provide in the chats. The following are excerpts of chats between **FLAVIN** and other Snapchat users (MVs) in which age is mentioned:

> **FLAVIN -**   **There she is daddy's little kid**
> MV2 -   Haii
> **FLAVIN -**   **So how old is my hypersexual little whore hehe**
> **FLAVIN -**   **It's ok that youre young I don't mind hehe**
> MV2 -   I'm 13 :333
> **FLAVIN -**   **Oh my**
> **FLAVIN -**   **You're so young**
> **FLAVIN -**   **God that's so hot**
> **FLAVIN -**   **I bet you love when your age makes my icky pedo cock hard**

16. The Snapchat conversations noted by your affiant were generally sexual in nature. **FLAVIN** would request videos of the various purported minors urinating or defecating, making statements such as "From now on princess anytime you go poopy you will record it" and "Show dad your asshole and finger it […] Then sick[sic] your finger."

17. In further investigation into **FLAVIN**, on or about December 16, 2025, your affiant received CyberTipline Report #222724572 generated by the National Center of Missing and Exploited Children (NCMEC).  The report indicated Snapchat flagged the account associated with **FLAVIN**.  The CyberTipline Report contained 48 videos of child pornography which were close-up views of a nude vagina and anus being masturbated with a hand or pink object.  Chats between **FLAVIN** and purported minors were also flagged in the same CyberTipline Report.

---

[2] Your affiant would note that during all relevant time frames in this affidavit, **FLAVIN** resided in Columbus, Ohio (Franklin County).

18. After reviewing the chats between **FLAVIN** and other accounts, the FBI began working to identify the users of the accounts of the purported minors to determine whether they were actually minors. Each Snapchat username was assigned a minor victim number, so that law enforcement could track all the information being sent and received. In doing so, your affiant began reviewing additional chats between **FLAVIN** and MV4.

19. The communications with MV4 showed extensive child pornography audio, video, and image files being received by **FLAVIN** from MV4 between September of 2024 and August of 2025.  In the files, a minor female's face can be observed in much of the content as well as her breasts, vagina, buttocks and anus.  Your affiant also noted that on more than one occasion, the MV4 was observed inserting her finger into her anus and then, while her finger was covered in feces, placing her finger into her mouth. In addition, MV4 was observed placing her finger in a urine stream and then inserting that same finger in her mouth. Another video depicted the minor female defecating into the toilet.

20. Throughout the chats, MV4 distributed numerous videos of herself masturbating to **FLAVIN**. **FLAVIN** also distributed masturbation videos to MV4.  Audio files of FLAVIN masturbating were also noted by your affiant in which he described how he is going to impregnate the minor female and how he is going to rape their newborn babies to the point of death.

21. In another conversation, FLAVIN continued the sexual communication:

| | |
|---|---|
| **FLAVIN -** | **Hi kiddo** |
| MV4 - | hi |
| **FLAVIN -** | **How's my little girl** |
| **FLAVIN -** | **What did you do today** |
| MV4 - | i was at a lake dada |
| **FLAVIN -** | **Oh yeah? Did you go swimming princess?** |
| MV4 - | yes!! |

\*\*\*\*

| | |
|---|---|
| MV4 - | im about to shower rn dada<3 |
| **FLAVIN -** | **Mmm me too princess I'll give it so many kisses** |
| **FLAVIN -** | **Make sure to get your holes all clean and show them to dada when you get out** |
| MV4 - | mm sorry dada i just got all done im almost done drying my hair now so ill show u my holes before i sleep <3 |
| **FLAVIN -** | **God what perfect holes** |
| **FLAVIN -** | **Dads going to rape them everyday** |
| **FLAVIN –** | **You belong to dad. My own little bitch I rape and love everyday** |

22. Law enforcement identified MV4 as living in Washington and a lead was sent to FBI Seattle to locate and identify MV4. On April 1, 2026, FBI Seattle made contact with the mother of MV4, who identified MV4 in sanitized photos and provided the date of birth for

MV4 as August 23, 2008, making her approximately fifteen to sixteen years old at the time of her communications with **FLAVIN**.

23. On April 14, 2026, a forensic interview with MV4 took place in which MV4 confirmed thr Snapchat username she used when communicating with **FLAVIN** and indicated that the two communicated for approximately one year on Snapchat. In the interview, MV4 stated she believed she was 16 years old when she began communicating with **FLAVIN** and recalled **FLAVIN** saying that he "only talked to her because of her age," adding that he was more attracted to her because she was a minor. MV4 stated she and **FLAVIN** sent nude photographs back and forth regularly. **FLAVIN** would also talk sexually about MV4's twelve-year-old sister and three-year-old old cousin. **FLAVIN** began to pressure MV4 to send nude images of her sister and cousin. MV4 did send one image of the cousin during a diaper change after **FLAVIN** stated that if she did, MV4 would not have to send images of herself for a few days. MV4 confirmed she cut off communication with **FLAVIN** after becoming increasingly uncomfortable with his focus on her younger sister and cousin. Your affiant would note that messages and images from the communications between **FLAVIN** and MV4 were consistent with her account.

24. Based upon the above information, your affiant submits that there is probable cause to believe that Shawn M. **FLAVIN** has committed offenses in violation 18 U. S.C. §§ 2251, 2252, 2252A and 2422(b)- the sexual exploitation of a minor, advertisement, distribution, transmission, receipt and/or possession of child pornography and the coercion and enticement of a minor.  Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Respectfully submitted,

Amanda North

Digitally signed by Amanda North
DN: OU=SVU, O=Ohio Bureau of Criminal Investigation, CN=Amanda North, E=amanda.north@ohioago.gov
Reason: I am the author of this document
Location:
Date: 2026.04.26 22:41:20-04'00'
Foxit PDF Editor Version: 13.1.7

Amanda North
TFO
Federal Bureau of Investigation

Subscribed and sworn to before me on April__27_____, 2026

_____
Kimberly A. Jolson
United States Magistrate Judge